UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

J.P. MORGAN SECURITES LLC,

    Plaintiff,

v.

JOSHUA WOODBY,

    Defendant.

Case No. 2:17-cv-1108
**CHIEF JUDGE EDMUND A. SARGUS, JR.**
Magistrate Judge Elizabeth Preston Deavers

## OPINION AND ORDER

This matter came before the Court on December 19, 2017, for a telephone conference on Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction. *See* S.D. Ohio Civ. R. 65.1. The parties were both represented at that conference. The parties indicated that they have reached an agreement regarding Plaintiff's request for injunctive relief, which they will submit to this Court in an agreed consent order. Thus, Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction has been rendered moot and is **DENIED** as such. (ECF No. 2.) The parties are **DIRECTED** to file the agreed consent order by January 8, 2018. If the parties are unable to do so, they should contact the Court to request an extension of time in which to file the consent order.

**IT IS SO ORDERED.**

1-2-2018
DATE

EDMUND A. SARGUS, JR.
**CHIEF UNITED STATES DISTRICT JUDGE**